| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frank Sanacore** | Social Security number or ITIN **xxx–xx–3997** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Lynne M Sanacore** | Social Security number or ITIN **xxx–xx–9833** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–17–43302–ess** | | Chapter:   **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Elizabeth S. Stong<br>United States Bankruptcy Judge

Dated: October 10, 2017

**BLfnld7** [Final Decree 7 rev 12/01/15]